NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICKEY LOUIS ALFORD, | ) | No. C 09-02797 JF (PR) |
| Petitioner, | ) | ORDER OF TRANSFER |
| vs. | ) | |
| WARDEN HAWS, | ) | |
| Respondent. | ) | |

Petitioner, a state prisoner currently incarcerated at the California State Prison in Lancaster, California, proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state conviction in the Los Angeles County Superior Court.

A state prisoner challenging the constitutionality of his state conviction may do so by filing a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, petitions challenging a conviction are preferably heard in the district of conviction. See Habeas L.R. 2254-3(a); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968); cf. Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989) (district of

1 confinement best forum to review execution of sentence).

2 Accordingly, this case is TRANSFERRED to the United States District Court for
3 the Western Division of the Central District of California. See 28 U.S.C. §§ 84(c)(2),
4 1391(b), 1404(a); Habeas L.R. 2254-3(b)(1).

5 The Clerk shall transfer the entire file to the Western Division of the Central
6 District of California.

7 IT IS SO ORDERED.

8 DATED: 10/2/09

JEREMY FOGEL
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICKEY LOUIS ALFORD,

        Petitioner,

  v.

HAWS, Warden,

        Respondent.

Case Number: CV09-02797 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 10/7/09, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rickey Louis Alford J39242
CA State Prison-Los Angeles County
PO Box 4670
Lancaster, CA 93539

Dated: 10/7/09

Richard W. Wieking, Clerk