JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

**RICKEY LOUIS ALFORD,**                )
                                        )
       **Petitioner,**              )   Case No. CV 09-07349-MMM(AJW)
                                        )
    **v.**                              )
                                        )   **JUDGMENT**
**HAWS, Warden,**                       )
                                        )
       **Respondent.**              )
_____)

    **It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Date: October 30, 2009

_____
Margaret M. Morrow
United States District Judge